In the Matter of the Claim of JACK GOLDIN, Respondent,
   *v.* GOLDIN DECORATING COMPANY, Respondent, and
   ROYAL INDEMNITY COMPANY, Appellant.

   THE STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — vice-president and treasurer of corporation who is also employed as supervisor of its business injured in course of employment — compensation properly awarded.*

*Matter of Goldin* v. *Goldin Decorating Co.*, 222 App. Div. 780, affirmed.

(Argued February 14, 1928; decided March 27, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 15, 1927, affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant and two others organized a corporation to engage in the business of painting and decorating. He was elected vice-president and treasurer. He was also employed by the corporation as " inside man " or " supervisor " at a stated salary. While engaged in loading a motor truck with painting supplies he received injuries for which the State Industrial Board awarded compensation. The insurance carrier contended that claimant was not an employee within the meaning of the Workmen's Compensation Law.

*Barnett Cohen, William E. Lyons* and *Frank J. O'Neill* for appellant.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.